**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

May 29, 2020

Writer's Direct Contact
+1 (212) 336.4092
KMooney@mofo.com

**Via ECF and E-Mail**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     ***Rady v. Boston Consulting Group, LLC et al.***; Case No. 1:20-cv-02285-ALC;
        **Request for Extension of Time to Respond to Amended Complaint**

Dear Judge Carter:

        We represent defendant Boston Consulting Group, LLC in the above-referenced litigation.  We are writing pursuant to Section 1.D. of Your Honor's Individual Practices to request that the Court extend Boston Consulting's time to answer or otherwise respond to the Amended Complaint (ECF No. 12) through July 20, 2020.

        On March 13, 2020, Plaintiff Max Rady filed the Complaint initiating this action. (ECF No. 1.)  On May 20, 2020, before serving the original Complaint, Plaintiff filed the Amended Complaint.  (ECF No. 12.)  Boston Consulting has agreed with Plaintiff to forego formal service of process in exchange for extending its deadline to respond to the Amended Complaint through and including July 20, 2020.

        As Boston Consulting has not been formally served with a summons, there currently is no deadline for Boston Consulting to respond to the Amended Complaint.  This is the first request for an extension of this deadline and this extension will not impact any other scheduled dates in this matter.  Plaintiff consents to this request.

Respectfully submitted,


/s/ Kyle W.K. Mooney
Kyle W.K. Mooney

ny-1930296

# MORRISON | FOERSTER

Hon. Andrew L. Carter, Jr.
May 29, 2020
Page Two

Copies to:

Steven E. Tiller
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202-1636

Christopher P. Borello
Venable LLC
1290 Ave. of the Americas
New York, NY 10104

BY ECF