UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAX A. RADY,<br><br>        *Plaintiff*,<br><br>v.<br><br>BOSTON CONSULTING GROUP, LLC and De BEERS UK LIMITED<br><br>        *Defendants*. | Civil Action No.: 1:20-cv-02285-ALC<br><br>**DEFENDANT BOSTON CONSULTING GROUP INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

    The Boston Consulting Group LLP ("BCG LLP"), successor to The Boston Consulting Group LLC, and The Boston Consulting Group, Inc. ("BCG"), by and through its undersigned counsel, hereby makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    BCG LLP is not a publicly owned company, and no publicly held corporation owns 10% or more of its stock.

    BCG is not a publicly-owned company, and no publicly held corporation owns 10% or more of its stock.  BCG is wholly-owned by its 1,300+ member partnership, BCG LLP.  100% of the voting shares in BCG are owned by BCG LLP.

    .

ny-1960032

| | |
|---|---|
| Dated:  July 20, 2020<br>         New York, NY | By:   /s/ Kyle Mooney<br>Kyle W.K. Mooney<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY, 10019<br>Telephone:  212-468-8000<br>Facsimile:  212-468-7900<br>Email:  KMooney@mofo.com<br><br>*Attorneys for Boston Consulting Group, Inc.* |

2

ny-1960032

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2020, I served the foregoing electronically via ECF to all counsel of record:

/s/ Draft
Kyle W.K. Mooney
Morrison & Foerster LLP
250 West 55th Street
New York, NY, 10019
Telephone: 212-468-8000
Facsimile: 212-468-7900
Email: KMooney@mofo.com
*Attorneys for Boston Consulting Group Inc.*

1

ny-1960032