```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/26/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
RADY,

               **Plaintiff,**

       **-against-**

BOSTON CONSULTING GROUP, LLC 7
DE BEERS UK LTD.,

               **Defendant.**

-------------------------------------------------------- x

1:20-cv-02285 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On July 20, 2020, Defendant filed a letter motion requesting a pre-motion conference on an anticipated motion to dismiss Counts I-III of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). On July 23, 2020, Plaintiff filed his response and indicated his intention to amend his complaint. Plaintiff's request for leave to amend is GRANTED. Defendant's motion for a pre-motion conference is DENIED and the Court sets the following briefing schedule:

| | |
|---|---|
| Plaintiff's Amended Complaint: | September 7, 2020 |
| Defendant's Motion to Dismiss: | October 5, 2020 |
| Plaintiff's Opposition: | November 2, 2020 |
| Defendant's Reply, if any: | November 16, 2020 |

**SO ORDERED. Dated:**

August 26, 2020

    New York, New York

*/s/ Andrew L. Carter*
_____
**ANDREW L. CARTER, JR.
United States District Judge**