# EXHIBIT "B"

**Claims Chart**

| Patent 10,469,250 | TRACR Community Briefings[1] |
|---|---|
| 1. A network node comprising:<br>one or more processing devices;<br>a storage device, coupled to the one or more processing devices and storing instructions for execution by at least some of the one or more processing devices;<br>a communications subsystem, coupled to the one or more processing devices, to communicate with at least one or more other nodes of a peer-to-peer network;<br>and item analysis components coupled to the one or more processing devices, the item analysis components comprising at least one imaging device configured to determine spectral analysis data and 3D scan data from measurements generated by the item analysis components;<br>wherein the one or more processing devices operate to configure the network node to: analyze an instance of a physical item using the item analysis components to determine a unique signature for the instance, the unique signature determined using 3D spatial mapping to define the unique signature from the spectral analysis data and 3D scan data generated by the item analysis components for the physical item;<br>determine, using the unique signature, whether the instance of the physical item is previously recorded to a blockchain maintained by the peer-to-peer network to provide item tracking and authentication services,<br>comparing the unique signature generated by the network node to previously recorded unique signatures using 3D spatial analysis techniques, | Tracr Community Briefing May 2019<br>- 15:35 - Registration is done through a 3D scan for R2R (rough-to-rough) matching. The data provided is used to initially register the rough diamond with the Diamond ID service, creating a digital asset that is associated with the physical diamond. The Diamond ID service generates a unique diamond identifier and a signature that allows for algorithmic matching downstream.<br>- 17:19 - (Rough to Rough matching process between producer and manufacturers). Shows video of a stone point cloud registry (PCR), which is the 3-D scan data, being rotated in virtual space to match a rough stone with a previously recorded rough stone. This is used to match the geometry of the asset as one of the criteria for matching two assets with one another.<br>- 19:59 - A slide shows the 3D scan geometry of an asset which has been split/modified. In the slide both a P2P [Polished to Polished] and rough to split diamonds are showcased with their respective Point Cloud Registry (PCR) as well as the result of an Iterative Closest Point (ICP) matching process, to allow tracking of the asset even if the asset has been modified.<br>- 20:48 - (Diamond traceability across the supply chain) Manufacturer: Once the polishing and internal grading is complete, the relevant data are provided to Tracr. This data is used to verify that the same diamonds sent for grading are returned and ensures that traceability of polished diamonds continues through the supply chain. Polish & Internal Grading (3D scans for P2P [Polished to Polished]). Using the detailed measurements on polished diamonds, a high precision |

---

[1] TRACR Community videos' date and timestamp noted in TRACR column

| | |
|---|---|
| rotating in virtual space features of the physical item defined in the unique signature to determine a match with features defined in the previously recorded unique signatures; and record the instance of the physical item to the blockchain in response to the determining whether the instance is previously recorded. | fingerprint is created that allows polished diamonds to be identified downstream. P2P [Polished to Polished] can be either a modified case, or the case of simply re-scanning a stone to ensure it is the claimed stone (*e.g.*, for ensuring inventory is the same).<br>• 22:29 - Polish to Polish matching process (between manufacturers and retailers): Showcases 3-D spatial analysis techniques to determine a match with features defined in the previously recorded unique signatures, and record instances of the physical item to the blockchain in response to determine whether the instance has been previously recorded.<br><br>Tracr Community Briefing September 2019<br>• 8:35 - The slide titled Tracr Data Integration Tool showcases a screenshot of the web interface for manufacturers, graders, retailers, and other participants to upload or integrate their previous data to create a Diamond ID, which entails the following data/files/measurements:<br>   o 3D Scan<br>   o 3DScanExportXML (is the 3D scan and geometry data in an XML format)<br>   o 3DScanExportSTL (is the 3D scan and geometry data in an STL format, which is the standard format for CAD software and rendering engines)<br>   o Image<br>   o Video<br>   o HeartsArrows (are defined by https://www.gemsociety.org/article/hearts-and-arrows-diamond/#:~:text=What%20is%20a%20Hearts%20and,the%20diamond%20is%20face%2Ddown as precision-cut round diamonds. Because of their exact angles and symmetry, they show a hearts-and-arrows pattern when |

viewed through a special tool. Arrows are visible from the top of the diamond, and hearts are visible when the diamond is face-down)
- o InclusionMap

The above showcases that Diamond ID is a by-product of: 3D scans, imaging (HD photography or otherwise), video which is simply contiguous imaging, HeartArrows (which are man-made anomalous by-products of a polished stone), and inclusion mapping/anomalies/imperfections which are naturally occurring and/or man-made.

<u>Tracr Community Briefing November 2019</u>
- 7:39 - Mr. Jim Duffy, CEO of Tracr, discusses a slide stating that five new robots are used to scan the diamonds and create the digital assets of the diamond at the producer.
- 11:26 - Mr. Duffy discusses three levels of data and permissions on said data are showcased. A slide is presented showing: provenance, rough diamond data, rough intake scan, manufacturing checkpoint data, polished diamond data, polished intake scan, high fidelity polish, images/videos, planning data, grading cert, light performance, and mounting data.

  ➢ As mentioned in the complaint, Mr. Ravindran's May 14, 2018 email concedes spectroscopy/spectral analysis is performed which is also supported by the slide distributed by Mr. Khodabandeh on 22 May 2018.

  - Rough and polished intake scan are 3D geometry scans of the diamonds in the rough and polished states respectively.

- Planning data means 3D geometry scanning, combined with inclusion mapping as per: https://www.cadjewelleryskills.com/jewellery-tech-blog-topics/jewellery-learning-resources/3d-diamond-scanners-work/. The purpose of 3D diamond scanners is to use specialised 3D scanning technology and specialised plotting software to find the optimal amount of rough gemstone material within the raw piece of scanned gemstone. The diamond is placed on a rotating platform inside a closed chamber. A live camera feed is then passed to the software, which analyses the crystal structure of the gemstone for information such as inclusions and the direction of cleavage.
- The slide indicates the data required for traceability, which includes provenance, rough diamond data, rough intake scan, manufacturing checkpoint data, polished diamond data, polished intake scan, and highly fidelity polish.

- Mr. Duffy goes on to state that this data is the data produced from placing a diamond into a scanner, as well as situational data such as to the location of where it was scanned to produce its provenance. The manufacturer, jeweller and retailer also produce similar data.

Tracr Community Briefing 2019 Wrap-Up
- 17:01 - A video is presented which shows that diamond provenance record includes the following files .jpg, .mov, and .stl, which are HD photography, movie, and 3D CAD model files.

|  | Tracr Community Briefing Q2 2020<br>• 12:49 - Web interface is showcased with updated Tracr Data Integration Tool, a showcased slide which has a screenshot of the web interface for manufacturers, graders, retailers, and other participants to upload or integrate their previous data to create a Diamond ID, which entails the following data/files/measurements:<br>    o Scan and Scan report (is the 3D scan and the 3D scan report)<br>    o Plan and Plan report (is the inclusion mapping and ideal planned cuts as described in https://www.cadjewelleryskills.com/jewellery-tech-blog-topics/jewellery-learning-resources/3d-diamond-scanners-work/. The purpose of 3D diamond scanners is to use specialised 3D scanning technology and specialised plotting software to find the optimal amount of rough gemstone material within the raw piece of scanned mineral. The diamond is placed on a rotating platform inside a closed chamber. A live camera feed is then passed to the software, which analyses the crystal structure of the gemstone for information such as inclusions and the direction of cleavage.)<br>    o Image (is HD photography)<br>    o Video (is Contiguous photography)<br>    o Supplementary files (includes prior diamond certificates e.g. GIA or AGS)<br>• 14:40 - A slide titled Automated Process Improvements Digital Diamantaire is shown displaying two columns with three videos in the left column and two videos in the right column. The left column showcases two rough stones (one raw and one sawed – *e.g.,* original and a modified stone which is a descendant of the original raw stone) rendered in grey scale as |
|---|---|

| | |
|---|---|
| | well as the point cloud geometry (3D scan data), being matched through virtual space re-orientation and rotation, while the right column videos show two polished stones being matched through virtual space re-orientation and rotation. |
| 12. A computer implemented method comprising:<br>analyzing an instance of a physical item using item analysis components of a network node to determine a unique signature for the instance,<br>the unique signature determined using 3D spatial mapping to define the unique signature from spectral analysis data and 3D scan data generated by the item analysis components for the physical item,<br>wherein the network node is configured to communicate with at least one or more other nodes of a peer-to-peer network, and the item analysis components comprise at least one imaging device configured to determine the spectral analysis data and 3D scan data from measurements generated by the item analysis components;<br>determining, using the unique signature, whether the instance of the physical item is previously recorded to a blockchain maintained by the peer-to-peer network to provide item tracking and authentication services, comparing the unique signature generated by the network node to previously recorded unique signatures using 3D spatial analysis techniques, rotating in virtual space features of the physical item defined in the unique signature to determine a match with features defined in the previously recorded unique signatures;<br>and recording the instance of the physical item to the blockchain. | <u>Tracr Community Briefing May 2019</u><br>• 15:35 - Registration is done through a 3D scan for R2R (rough-to-rough) matching. The data provided is used to initially register the rough diamond with the Diamond ID service, creating a digital asset that is associated with the physical diamond. The Diamond ID service generates a unique diamond identifier and a signature that allows for algorithmic matching downstream.<br>• 17:19 (Rough to Rough matching process between producer and manufacturers). Shows video of a stone point cloud registry (PCR), which is the 3-D scan data, being rotated in virtual space to match a rough stone with a previously recorded rough stone. This is used to match the geometry of the assets as one of the criteria for matching two assets with one another.<br>• 19:59 - a slide shows the 3D scan geometry of an asset which has been split/modified. In the slide both a P2P [Polished to Polished] and rough to split diamonds are showcased with their respective Point Cloud Registry (PCR) as well as the result of an Iterative Closest Point (ICP) matching process, to allow tracking of the asset even if the asset has been modified.<br>• 20:48 - (Diamond traceability across the supply chain) Manufacturer: Once the polishing and internal grading is complete, the relevant data are provided to Tracr. This data is used to verify that the same diamonds sent for grading are returned and ensures that traceability of polished diamonds continues through the supply chain. Polish & Internal Grading (3D scans for P2P [Polished to Polished]). Using the detailed |

measurements on polished diamonds, a high precision fingerprint is created that allows polished diamonds to be identified downstream. P2P [Polished to Polished] can be either a modified case, or the case of simply re-scanning a stone to ensure it is the claimed stone (*e.g.*, for ensuring inventory is the same).
- 22:29 - Polish to Polish matching process (between manufacturers and retailers): Showcases 3-D spatial analysis techniques to determine a match with features defined in the previously recorded unique signatures, and record instances of the physical item to the blockchain in response to determine whether the instance has been previously recorded.

Tracr Community Briefing September 2019
- 8:35 - The slide titled Tracr Data Integration Tool showcases a screenshot of the web interface for manufacturers, graders, retailers, and other participants to upload or integrate their previous data to create a Diamond ID, which entails the following data/files/measurements:
  - 3D Scan
  - 3DScanExportXML (is the 3D scan and geometry data in an XML format)
  - 3DScanExportSTL (is the 3D scan and geometry data in an STL format, which is the standard format for CAD software and rendering engines)
  - Image
  - Video
  - HeartsArrows (are defined by https://www.gemsociety.org/article/hearts-and-arrows-diamond/#:~:text=What%20is%20a%20Hearts%20and,the%20diamond%20is%20face%2Ddown as precision-cut round diamonds. Because of their exact angles and

symmetry, they show a hearts-and-arrows pattern when viewed through a special tool. Arrows are visible from the top of the diamond, and hearts are visible when the diamond is face-down)
  - InclusionMap

The above showcases that Diamond ID is a by-product of: 3D scans, imaging (HD photography or otherwise), video which is simply contiguous imaging, HeartArrows (which are man-made anomalous by-products of a polished stone), and inclusion mapping/anomalies/imperfections which are naturally occurring and/or man-made.

- 24:33 - Mr. Duffy states that Tracr is using AI/Machine Learning to make consistent and objective decisions about the different matching and how the platform operates.

  - AI/Machine Learning is a computer implemented method which is being used here to analyse the physical item based on the 3D data, spectral data, to check with diamond ID service if the asset has been previously registered or needs to be recorded as new asset based on feature matching.

Tracr Community Briefing November 2019
- 9:36 - In a slide titled Integrating with Tracr, three key elements are identified including a Software Development Kit (SDK), a Platform Instance – an isolated and secure environment for each participant, and Support.

Tracr Community Briefing 2019 Wrap-Up
- 11:35 - Speaker states that Artificial Intelligence/Machine Learning is being used to perform automated decision making.

|  |  |
|---|---|
|  | - AI/Machine Learning is a computer implemented method which is being used here to analyse the physical item based on the 3D data, spectral data, to check with diamond ID service if the asset has been previously registered or needs to be recorded as new asset based on feature matching.<br><br>Tracr Community Briefing Q2 2020<br>- 12:49 - Web interface is showcased with updated Tracr Data Integration Tool, a showcased slide which has a screenshot of the web interface for manufacturers, graders, retailers, and other participants to upload or integrate their previous data to create a Diamond ID, which entails the following data/files/measurements:<br>  o Scan and Scan report (is the 3D scan and the 3D scan report)<br>  o Plan and Plan report (is the inclusion mapping and ideal planned cuts as described in https://www.cadjewelleryskills.com/jewellery-tech-blog-topics/jewellery-learning-resources/3d-diamond-scanners-work/.  The purpose of 3D diamond scanners is to use specialised 3D scanning technology and specialised plotting software to find the optimal amount of rough gemstone material within the raw piece of scanned mineral. The diamond is placed on a rotating platform inside a closed chamber. A live camera feed is then passed to the software, which analyses the crystal structure of the gemstone for information such as inclusions and the direction of cleavage.)<br>  o Image (is HD photography)<br>  o Video (is Contiguous photography) |

|  | <ul><li>Supplementary files (includes prior diamond certificates e.g. GIA or AGS)</li></ul>14:40 - A slide titled Automated Process Improvements Digital Diamantaire is shown displaying two columns with three videos in the left column and two videos in the right column. The left column showcases two rough stones (one raw and one sawed – *e.g.,* original and a modified stone which is a descendant of the original raw stone) rendered in grey scale as well as the point cloud geometry (3D scan data), being matched through virtual space re-orientation and rotation, while the right column videos show two polished stones being matched through virtual space re-orientation and rotation. |
|---|---|