**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MAX A. RADY,

        Plaintiff,

        v.

THE BOSTON CONSULTING GROUP, INC.
and De BEERS UK LIMITED,

        Defendants.

Case No.: 1:20-cv-02285 (ALC)

Judge Andrew L. Carter, Jr.

**STIPULATION AND [PROPOSED] ORDER**

---

WHEREAS, on September 4, 2020, Plaintiff Max A. Rady filed a Second Amended Complaint ("SAC") against Defendants Boston Consulting Group, Inc. ("BCG") and De Beers UK Limited ("De Beers").  *See* ECF. No. 30.

WHEREAS, counsel for Mr. Rady, BCG, and De Beers have conferred regarding service of the SAC and the Court-ordered briefing schedule for any motion to dismiss the SAC (ECF No. 28) and have agreed as follows:

IT IS HEREBY STIPULATED AND AGREED between Mr. Rady, BCG, and De Beers, by and through their respective counsel, as follows:

1.      BCG and De Beers accept, by and through counsel, service of process of the SAC;

2.      The Parties will brief any motion to dismiss one or more claims asserted in the SAC pursuant to the Court-ordered schedule (ECF No. 28); and

3.      BCG's and De Beers' response to the SAC, as to any claims that have not been dismissed, shall be due within fourteen (14) days of notice of the Court's decision on any motion to dismiss.

DATED: September 17, 2020

WHITEFORD TAYLOR PRESTON LLP

By: _____
      Steven E. Tiller
      7 St. Paul Street
      Baltimore, MD 21202
      Telephone: (410) 347-9425
      Facsimile: (410) 223-4325
      Email: stiller@wtplaw.com

*Counsel for Plaintiff, Max A. Rady*

VENABLE LLP

By: _____
      Christopher P. Borello
      1270 Avenue of the Americas
      New York, New York 10020
      Telephone: (212) 218-2100
      Facsimile: (212) 218-2200
      Email: cborello@venable.com

*Counsel for Defendant, De Beers UK Limited*

MORRISON & FOERSTER LLP

By: _____
      Kyle W.K. Mooney
      250 West 55th Street
      New York, NY 10019
      Telephone: (212) 468-8000
      Facsimile: (212) 468-7900
      Email: KMooney@mofo.com

*Counsel for Defendant, Boston Consulting Group, Inc.*

SO ORDERED.

Date: _____

_____
Hon. Andrew L. Carter, Jr.

2

DATED: September 17, 2020

WHITEFORD TAYLOR PRESTON LLP

By:_ *Steven Tiller* _____

    Steven E. Tiller
    7 St. Paul Street
    Baltimore, MD 21202
    Telephone: (410) 347-9425
    Facsimile: (410) 223-4325
    Email: stiller@wtplaw.com

    *Counsel for Plaintiff, Max A. Rady*

MORRISON & FOERSTER LLP

By: _____

    Kyle W.K. Mooney
    250 West 55th Street
    New York, NY 10019
    Telephone: (212) 468-8000
    Facsimile: (212) 468-7900
    Email: KMooney@mofo.com

    *Counsel for Defendant, Boston Consulting Group, Inc.*

VENABLE LLP

By: _____

    Christopher P. Borello
    1270 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 218-2100
    Facsimile: (212) 218-2200
    Email: cborello@venable.com

*Counsel for Defendant, De Beers UK Limited*

SO ORDERED.

Date: _____

_____
Hon. Andrew L. Carter, Jr.

2