# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAX A. RADY,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOSTON CONSULTING GROUP, INC. and De BEERS UK LIMITED,<br><br>    Defendants. | Case No.: 1:20-cv-02285 (ALC)<br><br>Judge Andrew L. Carter, Jr.<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANT THE BOSTON CONSULTING GROUP INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S PATENT INFRINGEMENT CLAIM (COUNT I)

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion to Dismiss, Defendant The Boston Consulting Group, Inc. ("BCG"), by and through its undersigned attorneys, will move this Court, before the Honorable Andrew L. Carter, Jr., United States District Court Judge, for an order dismissing Count I of Plaintiff Max A. Rady's Second Amended Complaint (ECF No. 30) for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: New York, New York  
      October 5, 2020

Respectfully Submitted,

MORRISON & FOERSTER LLP

By: *s/ Kyle Mooney*
    Kyle W.K. Mooney
    250 West 55th Street
    New York, New York  10019
    Telephone: (212) 468-8000
    Facsimile: (212) 468-7900
    Email:  KMooney@mofo.com

    Michael A. Jacobs (*pro hac vice* pending)
    425 Market Street
    San Francisco, CA 94105
    Telephone: (415) 268-7000
    Facsimile: (415) 268-7522
    Email:  MJacobs@mofo.com

    Counsel for Defendant
    THE BOSTON CONSULTING GROUP, INC.

## **CERTIFICATE OF SERVICE**

    I, Neal F. Burstyn, HEREBY CERTIFY that on October 5, 2020, a true and correct copy of the foregoing document was filed and served via Electronic Case Filing (ECF) on all counsel of record who have consented to electronic service, and served via electronic mail on all counsel listed below:

| | |
|:---:|:---:|
| Steven E. Tiller | Christopher P. Borello |
| 7 St. Paul Street | 1270 Avenue of the Americas |
| Baltimore, MD 21202 | New York, New York 10020 |
| Telephone: (410) 347-9425 | Telephone: (212) 218-2100 |
| Facsimile: (410) 223-4325 | Facsimile: (212) 218-2200 |
| Email: stiller@wtplaw.com | Email: cborello@venable.com |

Dated: October 5, 2020

                                                          *Neal F. Burstyn*