UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAX A. RADY,<br><br>       Plaintiff,<br><br>       v.<br><br>THE BOSTON CONSULTING GROUP, INC. and De BEERS UK LIMITED,<br><br>       Defendants. | Case No.: 1:20-cv-02285 (ALC) |

## DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

I, Neal Burstyn, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. I am an attorney with the law firm Morrison & Foerster LLP. Pursuant to Local Civil Rule 1.4, I submit this declaration in support of the motion to withdraw my appearance as counsel of record for Defendant The Boston Consulting Group, Inc. ("BCG") from this action.

2. Effective February 28, 2022, I will no longer be associated with Morrison & Foerster LLP.

3. BCG will continue to be represented by Michael Jacobs, Kyle Mooney, and Shaelyn Dawson of Morrison & Foerster LLP.

4. I hereby certify that my withdrawal will not cause or result in any delay or prejudice.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.  
February 25, 2022

MORRISON & FOERSTER LLP

By:   /s/ Neal Burstyn           
Neal Burstyn  
250 West 55th Street  
New York, NY 10019  
Telephone:  (212) 468-8000  
Facsimile:  (212) 468-7900  
Email:  NBurstyn@mofo.com

*Attorneys for Defendant The Boston Consulting Group, Inc.*