USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  8/17/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAX A. RADY,

    Plaintiff,

v.

THE BOSTON CONSULTING GROUP, INC. and De BEERS UK LIMITED,

    Defendants.

Case No.: 1:20-cv-02285 (ALC) (BM)

Judge Andrew L. Carter, Jr.

## PARTIES' JOINT STIPULATION TO DISMISS ALL REMAINING CLAIMS WITH PREJUDICE

Plaintiff Max A. Rady seeks to pursue appeal of the Court's Order dismissing Count I of his Second Amended Complaint for patent infringement entered March 31, 2022 (ECF 58) as expeditiously as possible. Accordingly, Plaintiff and Defendants, The Boston Consulting Group, Inc. and De Beers UK Limited, by their respective undersigned counsel, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), stipulate to the dismissal of all remaining claims asserted by Plaintiff in this action (Counts II, III and IV of Plaintiff's Second Amended Complaint (ECF 30)) with prejudice.

Dated: New York, New York
August 12, 2022

_____
Kenneth M. Lewis
WHITEFORD, TAYLOR & PRESTON LLP
444 Madison Avenue, Fourth Floor
New York, NY 10022
Tel: (914) 761-8400
Email: klewis@wtplaw.com

Steven E. Tiller (*pro hac vice*)
Kevin G. Hroblak (*pro hac vice*)
WHITEFORD, TAYLOR & PRESTON LLP
Seven Saint Paul Street, Suite 1500
Baltimore, MD 21202
Tel: (410) 347-8700
Email: stiller@wtplaw.com
       khroblak@wtplaw.com

*Attorneys for Plaintiff*
*Max A. Rady*

_____
Kyle W.K. Mooney
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 336-4092
Fax: (212) 468-7900
Email: kmooney@mofo.com

Michael A. Jacobs (*pro hac vice*)
Shaelyn Dawson (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA
Tel: (415) 268-7455
Fax: (415) 268-7522
Email: mjacobs@mofo.com
       shaelyndawson@mofo.com

*Attorneys for Defendant*
*The Boston Consulting Group, Inc.*

_____
Christopher P. Borello
Joshua D. Calabro
VENABLE LLP
1270 Avenue of the Americas
New York, New York 10020
Tel: (212) 218-2100
Fax: (212) 218-2200
Email: cborello@venable.com
       jdcalabro@venable.com

*Attorneys for Defendant*
*De Beers UK Limited*

SO ORDERED: _____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

8/17/22

2