UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAX A. RADY,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOSTON CONSULTING GROUP, INC.<br>and De BEERS UK LIMITED,<br><br>    Defendants. | Case No.: 1:20-cv-02285 (ALC) (BM)<br><br>Judge Andrew L. Carter, Jr. |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Max A. Rady appeals to the United States Court of Appeals for the Federal Circuit from: (1) the Opinion and Order entered on March 31, 2022 [Doc. No. 58] granting Defendants' motions dismissing Count I of Plaintiff's Second Amended Complaint for patent infringement; and (2) any other related orders, rulings, findings, or conclusions entered in this action.

Dated:  New York, New York
   August 17, 2022

WHITEFORD, TAYLOR & PRESTON LLP

By: */s/ Kenneth M. Lewis*
  Kenneth M. Lewis

444 Madison Avenue, Fourth Floor
New York, NY 10022
(914) 761-8400
klewis@wtplaw.com

WHITEFORD, TAYLOR & PRESTON LLP
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
(410) 347-8700
stiller@wtplaw.com
khroblak@wtplaw.com
Steven E. Tiller (*pro hac vice*)
Kevin G. Hroblak (*pro hac vice*)

*Attorneys for Plaintiff, Max A. Rady*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of August, 2022, Plaintiff's Notice of Appeal was served by ECF to all counsel of record.

*/s/ Kenneth M. Lewis*
Kenneth M. Lewis