UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MAX A. RADY,

                        **Plaintiff,**

                  -against-

THE BOSTON CONSULTING GROUP,
INC., DE BEERS UK LTD.,

                        **Defendants.**

------------------------------------------------------------x

1:20-cv-02285 (ALC) (BCM)

<u>**ORDER TERMINATING CASE**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

      The Second Circuit's Opinion and Order dated March 27, 2024, affirmed this Court's Order dismissing Plaintiff's patent infringement claim after concluding that his asserted patent claimed ineligible subject matter under 35 U.S.C. § 101. (ECF Nos. 87, 88). Based upon that Judgment, this case is terminated. The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

**Dated:** May 3, 2024
      New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**